UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS BREWER,                          Case No. 07-10357
                                        DISTRICT JUDGE
            Plaintiff,                  ARTHUR J. TARNOW

v.                                      MAGISTRATE JUDGE
                                        STEVEN D. PEPE
COMMISSIONER OF SOCIAL
SECURITY,

            Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [DE 11], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [DE 9], AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DE 10]

On November 19, 2007, Magistrate Judge Pepe issued a report and recommendation recommending that Defendant's motion for summary judgment be granted, and Plaintiff's motion for summary judgment be denied. The Court has reviewed the record in this case. No objections were filed.

The Report and Recommendation of the Magistrate Judge is hereby ADOPTED and is entered as the findings and conclusions of the Court. Accordingly,

IT IS ORDERED that Plaintiff's motion for summary judgment is DENIED.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment is GRANTED.

SO ORDERED.

                    S/ARTHUR J. TARNOW
                    Arthur J. Tarnow
                    United States District Judge

Dated: March 17, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 17, 2008, by electronic and/or ordinary mail.

                    S/THERESA E. TAYLOR
                    Case Manager